IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY LAMAR COLE, #99003097
     Plaintiff,

vs.                                     Case No. 3:10cv176/LAC/EMT

STATE OF FLORIDA,
SANTA ROSA COUNTY SHERIFF DEPARTMENT
and
LANCE RICHARD BIRD,
     Defendants.

_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 19, 2010 (Doc. 6). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of the objections filed.

     Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

     **DONE AND ORDERED** this 3rd day of December, 2010.

                        _s/L.A. Collier_____
                        **LACEY A. COLLIER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**